# IN THE JUSTICE'S COURT OF ELY TOWNSHIP

# COUNTY OF WHITE PINE, STATE OF NEVADA

_JAMES RAY MYERS Jr._,

Plaintiff,

-V-

_State OF Nevada_,

Defendant.

_____/

**MOTION TO PROCEED
IN FORMA PAUPERIS**
(N.R.S. 65.040)

## MOTION

Based on the following affidavit, _James Ray Myers Jr_

requests this court for permission to file a [  ] small claim or civil lawsuit [  ] defense to a

lawsuit without paying court costs or sheriff fees and alleges that he has a meritorious claim of

defense, yet lacks sufficient financial ability to pay the costs to proceed.

## AFFIDAVIT

STATE OF NEVADA          }
                         :    ss.
COUNTY OF WHITE PINE     }

I, _James Ray Myers Jr_____, declare under penalty

of perjury that the statements of this affidavit are true and that the responses I have made to the

questions regarding my ability to pay are true:

I am the [X] Plaintiff    [  ] Defendant.  I wish to file with this court a [  ] small claim
[  ] civil lawsuit [  ] defense to lawsuit.

May 2006

## AFFIRMATION PURSUANT TO NRS 239B.030

I, _James Ray Myers Jr_, NDOC# _60234_,

CERTIFY THAT I AM THE UNDERSIGNED INDIVIDUAL AND THAT THE

ATTACHED DOCUMENT ENTITLED _Financial Certificate_

_____,

DOES NOT CONTAIN THE SOCIAL SECURITY NUMBER OF ANY

PERSONS, UNDER THE PAINS AND PENALTIES OF PERJURY.

DATED THIS _4_ DAY OF _December_, 20 _25_.

SIGNATURE: _____

INMATE PRINTED NAME: _James Ray Myers Jr_

INMATE NDOC # _60234_

INMATE ADDRESS: ELY STATE PRISON
P. O. BOX 1989
ELY, NV   89301

I believe in good faith that I have a valid claim or meritorious defense based upon the enclosed documents [   ] small claim affidavit   [   ] answer to civil complaint.

I cannot pay the costs of this action, as I lack sufficient income, assets or other resources.

I have attached the most current Financial Certificate or Inmate Certificate Of Financial Status dated _17-November, 2025_. Duly signed by a Nevada Department of Prisons Inmate Services Accountant Authorized Officer of Institution.

DATED this _4_ day of _December_, _2025_.

_____
AFFIANT'S SIGNATURE

## ORDER

[   ] Motion GRANTED.    The Clerk of the Court shall allow the affiant to commence or defend such action without cost and to file or issue any necessary writ, process, pleading or paper without charge.

IT IS FURTHER ORDERED that the sheriff or any other appropriate public officer within the state make personal service of any necessary writ, process, pleading or paper without charge for the above- named Affiant.

[   ] Motion DENIED.

DATED this _____ day of _____, _____.

_____
RON NIMAN
JUSTICE OF THE PEACE

May 2006

Case No._____

Dept. No._____



ESP

NOV 05 2025

LAW LIBRARY

NOV 17 2025

## IN THE JUSTICE'S COURT OF ELY TOWNSHIP

## COUNTY OF WHITE PINE, STATE OF NEVADA

IN THE MATTER OF,

### FINANCIAL CERTIFICATE

Name
_James Ray Myers Jr_ # _60234_
                        Prison Number

_____  # _60234_
Signature               Prison Number

On a Motion to Proceed
In Forma Pauperis

    I hereby certify that the Petitioner/Applicant herein has the sum of $ _0.03_ on account to his credit at the institution (Ely State Prison) where he is confined. I further certify that the Petitioner/Applicant likewise has the following securities to his credit according to the records of said institution (Ely State Prison):

SAVINGS BALANCE = $35.57

Dated this _17TH_ day of _NOVEMBER_, 20_25_

By: _____
Nevada Department of Corrections
Inmate Services Accountant
Authorized Officer of Institution